THE STATE, EX REL. ESPEY, *v*. VOGEL.

(No. 68-414—Decided December 18, 1968.)

*Mr. Joseph H. Espey, in propria persona.*

*Mr. Lee C. Falke,* prosecuting attorney, *Mr. Larry A. Smith, Messrs. Wislon & Forbes* and *Mr. Paul J. Fleischauer,* for respondents.

*Per Curiam.* The petition falls far short of alleging a breach of any specific duty imposed by law upon any particular public official.

The demurrers will be treated as extending to all un-

named parties, and, as such, are sustained and final judgment is granted in favor of respondents.

*Writ denied.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, DOYLE, SCHNEIDER and BROWN, JJ., concur.

DOYLE, J., of the Ninth Appellate District, sitting for HERBERT, J.